THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH R. DE ANGELIS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed June 18, 1980. Sentence affirmed. No opinion. This case is remitted to the County

Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.